**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YESENIA STEWAR PARSON,

                Plaintiff,                      19 **CIVIL** 5439 (DCF)

      -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 29, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant, to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          May 29, 2020

                                                      **RUBY J. KRAJICK**
                                                       _____
                                                        **Clerk of Court**
                                   **BY:**
                                                         _____
                                                           **Deputy Clerk**